# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2153
Lower Tribunal No. 18-31096
_____

**Agorive NV,**
Appellant,

vs.

**Liliana Marquez (Guardian), et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Squire Patton Boggs (US) LLP, and Alvin B. Davis and Digna B. French, for appellant.

Brill & Rinaldi, The Law Firm, and David W. Brill and Joseph J. Rinaldi, Jr. (Weston), for appellees.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.